UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> CHEMTURA CORPORATION, *et al.*, <br><br>     Reorganized Debtors. | |
| CARLE GABAUER, *et al.*, <br><br>     Appellants,[1] <br><br> vs. <br><br> CHEMTURA CORPORATION, *et al.*, <br><br>     Appellees. | Civil Action No. <br> 1:13-cv-02023-JMF <br> ECF Case <br><br> On Appeal from the United States <br> Bankruptcy Court for the <br> Southern District of New York |

### MOTION FOR ADMISSION *PRO HAC VICE*

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **Jeffrey A. Liesemer**, hereby move this Court for an order granting my admission *pro hac vice* to appear and practice before this Court as counsel for Appellants in the above-titled action.

I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.

*[Signature of Counsel on Following Page]*

---

[1] Appellants are Carle Gabauer, Leroy Hummell, James McCurdy, Isaiah Peagler, Herbert Rose, Louis Shoemaker, Kenneth Titone, Frederick Towns, and John Williams.

Dated: April 18, 2013                              Respectfully submitted,

*/s/ Jeffrey A. Liesemer*
Jeffrey A. Liesemer
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 862-5007
Fax: (202) 429-3301
Email: jliesemer@capdale.com

*Counsel for Appellants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CHEMTURA CORPORATION, *et al.*,<br><br>    Reorganized Debtors. | |
| CARLE GABAUER, *et al.*,<br><br>    Appellants,[1]<br><br>vs.<br><br>CHEMTURA CORPORATION, *et al.*,<br><br>    Appellees. | Civil Action No.<br>1:13-cv-02023-JMF<br>ECF Case<br><br>On Appeal from the United States<br>Bankruptcy Court for the<br>Southern District of New York |

The motion of **Jeffrey A. Liesemer** for admission *pro hac vice* to appear and practice in the above-titled action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia; and that his contact information is as follows:

> Jeffrey A. Liesemer
> Caplin & Drysdale, Chartered
> One Thomas Circle, N.W., Suite 1100
> Washington, D.C. 20005
> Tel: (202) 862-5007
> Fax: (202) 429-3301
> Email: jliesemer@capdale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Appellants in the above-titled action;

---

[1] Appellants are Carle Gabauer, Leroy Hummell, James McCurdy, Isaiah Peagler, Herbert Rose, Louis Shoemaker, Kenneth Titone, Frederick Towns, and John Williams.

**IT IS HEREBY ORDERED** that Jeffrey A. Liesemer is admitted *pro hac vice* to appear and practice in the above-titled action pending in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____                    _____
                                            UNITED STATES DISTRICT JUDGE



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### JEFFREY A. LIESEMER

was on **MARCH 8, 1996,** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **April 3, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JEFFREY ALLEN LIESEMER IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. LIESEMER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 15, 1993,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued April 2, 2013*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER