UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CHEMTURA CORPORATION, *et al.*,<br><br>　　　　Reorganized Debtors. | |
| CARLE GABAUER, *et al.*,<br><br>　　　　Appellants,[1]<br><br>vs.<br><br>CHEMTURA CORPORATION, *et al.*,<br><br>　　　　Appellees. | Civil Action No.<br>1:13-cv-02023-JMF<br>ECF Case<br><br>On Appeal from the United States<br>Bankruptcy Court for the<br>Southern District of New York |

## MOTION FOR ADMISSION *PRO HAC VICE*

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **Kenneth Blair McClain, II**, hereby move this Court for an order granting my admission *pro hac vice* to appear and practice before this Court as counsel for Appellants in the above-titled action.

I am a member in good standing of the bar of Missouri, and there are no pending disciplinary proceedings against me in any state or federal court.

[*Signature of Counsel on Following Page*]

---

[1] Appellants are Carle Gabauer, Leroy Hummell, James McCurdy, Isaiah Peagler, Herbert Rose, Louis Shoemaker, Kenneth Titone, Frederick Towns, and John Williams.

Dated: April 19, 2013                                  Respectfully submitted,

                                                       <u>*/s/ Kenneth Blair McClain, II*</u>
                                                       Kenneth Blair McClain, II
                                                       Humphrey, Farrington & McClain, P.C.
                                                       221 W. Lexington, Suite 400
                                                       Independence, MO 64051
                                                       Tel: (816) 836-5050
                                                       Fax: (816) 836-8966
                                                       Email: kbm@hfmlegal.com

                                                       *Counsel for Appellants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CHEMTURA CORPORATION, *et al.*,<br><br>        Reorganized Debtors.<br><br>CARLE GABAUER, *et al.*,<br><br>        Appellants,[1]<br><br>vs.<br><br>CHEMTURA CORPORATION, *et al.*,<br><br>        Appellees. | Civil Action No.<br>1:13-cv-02023-JMF<br>ECF Case<br><br>On Appeal from the United States<br>Bankruptcy Court for the<br>Southern District of New York |

The motion of **Kenneth Blair McClain, II** for admission *pro hac vice* to appear and practice in the above-titled action is granted.

Applicant has declared that he is a member in good standing of the bar of Missouri; and that his contact information is as follows:

>Kenneth B. McClain
>Humphrey, Farrington & McClain, P.C.
>221 W. Lexington, Suite 400
>Independence, MO 64051
>Tel: (816) 836-5050
>Fax: (816) 836-8966
>Email: kbm@hfmlegal.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Appellants in the above-titled action;

---

[1] Appellants are Carle Gabauer, Leroy Hummell, James McCurdy, Isaiah Peagler, Herbert Rose, Louis Shoemaker, Kenneth Titone, Frederick Towns, and John Williams.

**IT IS HEREBY ORDERED** that Kenneth Blair McClain, II, is admitted *pro hac vice* to appear and practice in the above-titled action pending in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____                         _____
                                              UNITED STATES DISTRICT JUDGE

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/8/1982,

## Kenneth Blair McClain, II

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 29th day of March 2013.

*Bill L. Thompson*

Clerk of the Supreme Court of Missouri