## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| CHEMTURA CORPORATION, *et al.*, | : | |
| | : | |
| Reorganized Debtors. | : | |
| | : | |
| CARLE GABAUER, *et al.*, | : | |
| | : | Civil Action No. |
| Appellants,¹ | : | 1:13-cv-02023-JMF |
| | : | ECF Case |
| vs. | : | |
| | : | On Appeal from the United States |
| CHEMTURA CORPORATION, *et al.*, | : | Bankruptcy Court for the |
| | : | Southern District of New York |
| Appellees. | : | |
| | : | |

## CORRECTED MOTION FOR ADMISSION *PRO HAC VICE*²

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **Jeffrey A. Liesemer**, hereby move this Court for an order granting my admission *pro hac vice* to appear and practice before this Court as counsel for Appellants in the above-titled action.

I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.

*[Signature of Counsel on Following Page]*

---

¹ Appellants are Carle Gabauer, Leroy Hummell, James McCurdy, Isaiah Peagler, Herbert Rose, Louis Shoemaker, Kenneth Titone, Frederick Towns, and John Williams.

² This motion is being renewed based on the Certificate of Good Standing obtained from the Supreme Court of Virginia.

Dated: April 25, 2013                              Respectfully submitted,

                                                   */s/ Jeffrey A. Liesemer*
                                                   Jeffrey A. Liesemer
                                                   CAPLIN & DRYSDALE, CHARTERED
                                                   One Thomas Circle, N.W., Suite 1100
                                                   Washington, D.C.  20005
                                                   Tel:  (202) 862-5007
                                                   Fax:  (202) 429-3301
                                                   Email:  jliesemer@capdale.com

                                                   *Counsel for Appellants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| | : |
| CHEMTURA CORPORATION, *et al.*, | : |
| | : |
| Reorganized Debtors. | : |
| | : |
| CARLE GABAUER, *et al.*, | : |
| | : |
| | : Civil Action No. |
| Appellants,[1] | : 1:13-cv-02023-JMF |
| | : ECF Case |
| vs. | : |
| | : On Appeal from the United States |
| CHEMTURA CORPORATION, *et al.*, | : Bankruptcy Court for the |
| | : Southern District of New York |
| Appellees. | : |
| | : |

The Corrected Motion for Admission *Pro Hac Vice* of **Jeffrey A. Liesemer** to appear

and practice in the above-titled action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of

Columbia and the Commonwealth of Virginia; and that his contact information is as follows:

Jeffrey A. Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 862-5007
Fax: (202) 429-3301
Email: jliesemer@capdale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for Appellants in the above-titled action;

---

[1]  Appellants are Carle Gabauer, Leroy Hummell, James McCurdy, Isaiah Peagler, Herbert Rose, Louis
Shoemaker, Kenneth Titone, Frederick Towns, and John Williams.

**IT IS HEREBY ORDERED** that Jeffrey A. Liesemer is admitted *pro hac vice* to appear and practice in the above-titled action pending in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE



District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court

of Appeals, do hereby certify that

## JEFFREY  A.  LIESEMER

was on  **MARCH 8, 1996,**  duly qualified and admitted as an

attorney and counselor entitled to practice before this Court and is,

on the date indicated below, an active member in good standing of

this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C,
on  **April 3, 2013** .

JULIO A. CASTILLO
Clerk of the Court

By: _Brenda L. Parcae_

Deputy Clerk

# $\mathfrak{S}$upreme Court of $\mathfrak{V}$irginia

## AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia,

do hereby certify that

## JEFFREY ALLEN LIESEMER

was admitted to practice as an attorney and counsellor at the bar of this Court on

November 2, 1993.

I further certify that so far as the records of this office are

concerned, JEFFREY ALLEN LIESEMER is a member of the bar of this

Court in good standing.

Witness my hand and seal of said Court

This 23rd day of April

A.D. 2013

By: _____
                              Deputy Clerk