UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CHEMTURA CORPORATION, *et al.*,<br><br>                       Reorganized Debtors<br><br>CARLE GABAUER, *et al.*,<br><br>                       Appellants,<br><br>      v.<br><br>CHEMTURA CORPORATION, *et al.*,<br><br>                       Appellees | Civil Action No. 1:13-cv-02023-JMF<br><br>ECF Case<br><br>**Rule 7.1 Disclosure Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Chemtura Corporation (a private, nongovernmental party) certifies that the following discloses all parent corporations which are publically held and any publicly held corporation owning 10% or more of its stock:

      **Chemtura Canada Co./Cie is an indirect, wholly-owned subsidiary of Chemtura Corporation, which is publicly traded.**

| | |
|---|---|
| Dated: New York, New York<br>May 10, 2013 | */s/ Michael E. Wiles*<br>DEBEVOISE & PLIMPTON LLP<br>Michael E. Wiles<br>M. Natasha Labovitz<br>Derek P. Alexander<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: 212-909-6000<br>Facsimile: 212-521-7603<br>mewiles@debevoise.com<br>nlabovitz@debevoise.com<br>dalexander@debevoise.com<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>Richard M. Cieri<br>Craig A. Bruens<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: 212-446-4800<br>Facsimile: 212-446-4900<br>richard.cieri@kirkland.com<br>cbruens@kirkland.com<br><br>*Attorneys for Appellees* |